**Opinion issued April 23, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00133-CV

————————————

**STAR CONSTRUCTION SERVICES, INC., SANDRA SCHERER D/B/A STAR CONSTRUCTION SERVICES, ROBERT SCHERER INDIVIDUALLY, AND SANDRA SCHERER INDIVIDUALLY, Appellants**

**V.**

**JVH INTEREST, INC., Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1225816**

---

## MEMORANDUM OPINION

Appellants Star Construction Services, Inc., Sandra Scherer doing business as Star Construction Services, Robert Scherer, Individually, and Sandra Scherer Individually, have neither established indigence, nor paid all the required fees. *See*

TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence), 34.1; *see also* TEX. R. CIV. P. 145; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a) (listing fees in court of appeals); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). Appellants were notified by the Court that this appeal would be subject to dismissal—unless they timely informed the Court in writing as to why they should not pay the fees, or actually pay the fees. *See* TEX. R. APP. P. 37.3(a), (b), 42.3(b). Appellants never responded as requested by the Court. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

As a result, we dismiss this appeal for want of prosecution due to the nonpayment of all required fees. *See* TEX. R. APP. P. 37.3(b), 42.3(b)–(c).

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.

2